## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES ) |  |
| PRACTICES AND PRODUCTS LIABILITY ) | MDL No. 2100 |
| LITIGATION ) |  |

**This Document Relates To:**

| | |
|---|---|
| *Rhonda F. Cornelius, et al. v. Bayer HealthCare AG, et al.* | No. 12-cv-10080-DRH |
| *Cathey C. Givens v. Bayer HealthCare AG, et al.* | No. 11-cv-12903-DRH |
| *Kadel M. Holt v. Bayer HealthCare AG, et al.* | No. 12-cv-11090-DRH |
| *Elizabeth A. Krebs, et al. v. Bayer HealthCare AG, et al.* | No. 10-cv-13635-DRH |
| *Maria E. Lira v. Bayer HealthCare AG, et al.* | No. 10-cv-11692-DRH |
| *Elizabeth Mavor v. Bayer HealthCare AG, et al.* | No. 11-cv-11815-DRH |
| *Elizabeth J. McNamee v. Bayer HealthCare AG, et al.* | No. 10-cv-13283-DRH |
| *Margarida O. Richards, et al. v. Bayer HealthCare AG, et al.* | No. 11-cv-12343-DRH |
| *Andrea H. Stackhouse, et al. v. Bayer HealthCare AG, et al.* | No. 11-cv-11206-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 16, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                      **JUSTINE FLANAGAN,**
                                      **ACTING CLERK OF COURT**

                                      **BY:   /s/*Caitlin Fischer***
                                            **Deputy Clerk**

**Dated:** June 19, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.19
10:31:57 -05'00'

**APPROVED:**
            **CHIEF JUDGE**
            **U. S. DISTRICT COURT**